STATE v. ALDEN LeROY HEMPEL.

169 N. W. (2d) 56.

June 20, 1969—No. 41117.

*C. Paul Jones,* State Public Defender, and *Roberta K. Levy,* Assistant State Public Defender, for appellant.

*Douglas M. Head,* Attorney General, *Richard H. Kyle,* Solicitor General, and *J. Dennis O'Brien,* Special Assistant Attorney General, for respondent.

Heard before Knutson, C. J., and Rogosheske, Sheran, Peterson, and Frank T. Gallagher, JJ.

PER CURIAM.

Appeal from a judgment of conviction based upon defendant's plea of guilty to the crime of robbery.

It is urged in this court that the plea of guilty should not have been accepted because it was not voluntary and defendant was not mentally competent to interpose the plea.

Because there is no support in the record for these claims, the conviction must be affirmed. State v. Taylor, 283 Minn. 226, 167 N. W. (2d) 138.

Affirmed.